IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:24CR 58-MOC |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| ) | Violation: 18 U.S.C. § 922(g)(1) |
| GEOFFREY QUENTIN MCLEAN ) | |
| ) | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Convicted Felon)*

On or about October 8, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**GEOFFREY QUENTIN MCLEAN,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess one or more firearms, that is, a Taurus Model Millenium G2, 9 mm caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. a Taurus Model Millenium G2, 9 mm caliber pistol, magazine, and ammunition seized during the investigation.

A TRUE BILL

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY